**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3<br>.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case 5:26-cv-03004 |

**ENTRY OF APPEARANCE**

Please enter the appearance of Theresa M. Zechman, Esquire, as counsel for Defendants, Summit Energy, Inc., SFE Energy Inc., SFE Energy Canada Inc., SFE Energy Pennsylvania, Inc. aka SFE Energy. in the above-captioned matter.

STEVENS & LEE, P.C.

Dated: June 23, 2026

By: /s/ Theresa M. Zechman
Theresa M. Zechman, Esquire
51 South Duke Street
Lancaster, PA 17602
Telephone: 717-399-6644
Email: theresa.zechman@stevenslee.com

Attorney for Defendant

**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3<br>.<br><br>Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case 5:26-cv-03004 |

**CERTIFICATE OF SERVICE**

I, Theresa M. Zechman, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed electronically, which was made available for viewing and downloading via the Court's ECF system, and thereby effected service upon all counsel of record.

Dated: June 23, 2026

/s/ Theresa M. Zechman



SL1 4279414v1 121625.00003