**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN<br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3<br>Defendants. | : | CIVIL ACTION NO. 5:26-CV-03004 |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

AND NOW, it is hereby STIPULATED and AGREED this ____ day of June, 2026, by and between Leeson & Leeson, counsel for Plaintiff, and Stevens & Lee, P.C., counsel for Defendants, Summit Energy, Inc., SFE Energy Inc., SFE Energy Canada Inc., SFE Energy Pennsylvania, Inc. aka SFE Energy, that the time within which Defendants SFE Energy must answer or otherwise move in response to the complaint is hereby extended to and including July 31, 2026.

**APPROVED BY THE COURT:**

____________
Date

__________________________
John M. Gallagher, Judge

By: /s/ *Joseph F. Leeson, III*
Joseph F. Leeson, III
Leeson & Leeson
70 East Broad Street,
Bethlehem, PA 18016

By: /s/ *Theresa M. Zechman*
Theresa M. Zechman
Stevens & Lee, P.C.
51 South Duke Street,
Lancaster, PA 17602
Theresa.zechman@stevenslee.com

SL1 4275232v1 121625.00003

jleeson@leeson-law.com
610-691-3320

*Attorneys for Plaintiff*

Telephone: (717) 399-6644
Facsimile (610) 236-4185

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I, Theresa M. Zechman, hereby certify that a true and correct copy of the foregoing Stipulation for Extension of Time to Respond to Complaint was filed electronically and was made available for viewing and downloading via the Court's CM/ECF system, and all counsel of record was served via the Court's CM/ECF system notification.

Dated: June 23, 2026

*<u>/s/ Theresa M. Zechman</u>*
Theresa M. Zechman