**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN<br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 5:26-CV-03004 |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

AND NOW, it is hereby STIPULATED and AGREED this 26th day of June, 2026, by and between Leeson & Leeson, counsel for Plaintiff, and Stevens & Lee, P.C., counsel for Defendants, Summit Energy, Inc., SFE Energy Inc., SFE Energy Canada Inc., SFE Energy Pennsylvania, Inc. aka SFE Energy, that the time within which Defendants SFE Energy must answer or otherwise move in response to the complaint is hereby extended to and including July 31, 2026.

**APPROVED BY THE COURT:**

June 26, 2026
Date

/s/ John M. Gallagher
John M. Gallagher, Judge

By: /s/ *Joseph F. Leeson, III*
Joseph F. Leeson, III
Leeson & Leeson
70 East Broad Street,
Bethlehem, PA 18016

jleeson@leeson-law.com
610-691-3320

*Attorneys for Plaintiff*

By: /s/ *Theresa M. Zechman*

Theresa M. Zechman
Stevens & Lee, P.C.
51 South Duke Street,
Lancaster, PA 17602

Theresa.zechman@stevenslee.com
Telephone: (717) 399-6644
Facsimile: (610) 236-4185

*Attorneys for Defendant*