**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3,<br><br>Defendants. | : | CIVIL ACTION NO. 5:26-CV-03004 |

**ENTRY OF APPEARANCE**

Please enter the appearance of Mallory C. McRae, Esquire, as counsel for Defendants, Summit Energy, Inc., SFE Energy Inc., SFE Energy Canada Inc., and SFE Energy Pennsylvania, Inc. a/k/a SFE Energy in the above-captioned matter.

STEVENS & LEE, P.C.

Dated: July 31, 2026

By: /s/ Mallory C. McRae
Mallory C. McRae, Esquire
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
Telephone: 215-751-1944
Fax: 610-371-7924
Email: mallory.mcrae@stevenslee.com

*Attorney for Defendants Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc.*

**CERTIFICATE OF SERVICE**

I, Mallory C. McRae, Esquire, hereby certify that a true and correct copy of the foregoing Entry of Appearance was filed electronically, which was made available for viewing and downloading via the Court's ECF system, and thereby effected service upon all counsel of record.

Dated: July 31, 2026

/s/ Mallory C. McRae
Mallory C. McRae