**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3,<br><br>Defendants. | CIVIL ACTION NO. 5:26-CV-03004 |

**SFE DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT**

Defendants, Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc. (collectively, "Movants"), by their undersigned counsel, hereby move this Court for permission to exceed the limit of twenty pages with regard to their Memorandum of Law in Support of their Motion to Dismiss and in support thereof, aver as follows:

1. In this matter, Plaintiff brings claims against six (6) distinct defendants: (1) IMG Corporations, Inc. aka IMarket Global Inc. aka IMG Corp.; (2) Summit Energy, Inc.; (3) SFE Energy Inc.; (4) SFE Energy Canada Inc.; (5) SFE Energy Pennsylvania, Inc. aka SFE Energy; and (6) Jeremy Bland ("Mr. Bland"). She also identifies three (3) "John Doe Corporation[s]."

2. Against the defendants, Plaintiff asserts several state and federal claims in this lawsuit. Specifically, she asserts: (1) sexual harassment, sex discrimination, and retaliation in

violation of Title VII of the Civil Rights Act of 1964 (Count One); (2) violations of the Pennsylvania Human Relations Act (Count Two); (3) negligent infliction of emotional distress (Count Three); (4) intentional infliction of emotional distress (Count Four); (5) negligence (Count Five); (6) retaliation/coercion (Count Six); (7) negligent training, supervision and retention (Count Seven); and (8) "corporate negligence / direct liability" (Count Eight). Two additional claims contain assertions of assault and battery against Mr. Bland, Plaintiff's alleged co-worker and supervisor.

3. In addition, Plaintiff asserts that she was improperly enrolled, without her knowledge, into an energy supply contract in violation of the Pennsylvania Unfair Trade Practices Act (Count Nine), and, further, sues for fraud and negligent misrepresentation due to this contract (Counts Ten and Eleven). She also claims being the victim of identity theft due to the unauthorized enrollment into the energy supply contract (Count Fourteen).

4. Plaintiff's Complaint is fifty-three (53) pages long and contains three-hundred and twenty (320) distinct paragraphs.

5. Movants move for dismissal of each of these claims. In order to properly address the expansive scope of Plaintiff's claims and explain the law needed for this Court to address Movants' Motion to Dismiss, a brief in excess of twenty pages is required.

6. Movants seek leave to file a brief that is 39 pages (inclusive of cover sheet, tables of contents and authorities, and certificate of service), which is being filed herewith. For clarity, the substantive portion of Movants' brief is 29 pages. Movants also submit two exhibits, for a total of 14 pages of attachments.

WHEREFORE, Movants respectfully request that this Court enter an order permitting the filing of a brief in excess of twenty pages as set forth above.

Respectfully submitted,

STEVENS & LEE, P.C.

Dated: July 31, 2026

By: /s/ Theresa M. Zechman

Theresa M. Zechman, Esquire
51 South Duke Street
Lancaster, PA 17602
Telephone: 717-399-6644
Fax: 610-236-4185
Email: theresa.zechman@stevenslee.com

Mallory C. McRae, Esquire
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
Telephone: 215-751-1944
Fax: 610-371-7924
Email: mallory.mcrae@stevenslee.com

*Attorneys for Defendants, Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc.*

**CERTIFICATE OF SERVICE**

I, Mallory C. McRae, certify that on this date a true and correct copy of the foregoing *SFE Defendants' Motion for Leave to Exceed Page Limit* was filed electronically and is available for viewing on the Court's ECF system to all counsel of record.

s/*Mallory C. McRae*
Mallory C. McRae

Date: July 31, 2026