**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3,<br><br>Defendants. | CIVIL ACTION NO. 5:26-CV-03004 |

**[PROPOSED] ORDER**

AND NOW, this __________ day of _____________, 2026, upon consideration of Defendants Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc.'s Motion for Leave to Exceed Page Limit, it is hereby ORDERED that the Defendants' Motion is **GRANTED**.

_________________________________
Hon. John M. Gallagher
United States District Judge