**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3<br><br>Defendants. | : | CIVIL ACTION NO. 5:26-CV-03004 |

**SFE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc. (collectively, "Movants"), hereby move, pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1367, to dismiss the Complaint filed by Plaintiff, Bridget McMullan ("Plaintiff").

In support of this Motion, Movants incorporate the arguments and authorities set forth in their Memorandum of Law, filed herewith.

WHEREFORE, Movants respectfully request that the Court grant this Motion and dismiss Plaintiff's Complaint.

Respectfully submitted,

STEVENS & LEE, P.C.

Dated: July 31, 2026

By: /s/ Theresa M. Zechman
Theresa M. Zechman, Esquire
51 South Duke Street

Lancaster, PA 17602
Telephone: 717-399-6644
Fax: 610-236-4185
Email: theresa.zechman@stevenslee.com

Mallory C. McRae, Esquire
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
Telephone: 215-751-1944
Fax: 610-371-7924
Email: mallory.mcrae@stevenslee.com

*Attorneys for Defendants, Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc.*

## CERTIFICATE OF SERVICE

I, Mallory C. McRae, hereby certify that a true and correct copy of the within Motion to Dismiss was filed electronically and was made available for viewing and downloading via the Court's CM/ECF system, and all counsel of record was served via the Court's CM/ECF system notification.

Dated: July 31, 2026

s/*Mallory C. McRae*
Mallory C. McRae