# EXHIBIT A

An official website of New York State.
Here's how you know

NEW YORK STATE

# Department of State
## Division of Corporations

### Entity Search Results

**A total of 2 entities were found. If the entity name you are searching is not displayed please refine the search.**

Search

| Name | DOS ID # | Assumed Name ID # | Status | Entity Type | Date of First Filing | County |
|---|---|---|---|---|---|---|
| IMG CORP. | 4468439 | | Active | DOMESTIC BUSINESS CORPORATION | 10/04/2013 | Kings |
| IMG CORPORATIONS INC. | 6676254 | | Active | DOMESTIC BUSINESS CORPORATION | 12/27/2022 | Nassau |

Rows per page: 5 1-2 of 2

Return to Search

# Department of State
## Division of Corporations

## Entity Filing History

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** IMG CORP.
**DOS ID:** 4468439
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 10/04/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 10/04/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** KINGS
**NEXT STATEMENT DUE DATE:** 10/31/2025
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY | NAME HISTORY | **FILING HISTORY** | MERGER HISTORY | ASSUMED NAME HISTORY

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 02/09/2025 | 27 | CERTIFICATE OF CHANGE BY ENTITY | SERVICE OF PROCESS | 2 | 250218001238 |
| 08/29/2024 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE,SERVICE OF PROCESS | 1 | 240829002183 |
| 07/28/2023 | 32 | BIENNIAL STATEMENT | CHIEF EXECUTIVE OFFICER NAME/ADDRESS,PRINCIPAL EXECUTIVE OFFICE,SERVICE OF PROCESS | 2 | 230728001780 |
| 09/18/2020 | 02 | CERTIFICATE OF AMENDMENT | ENTITY NAME | 2 | 200918000529 |
| 10/04/2013 | 01 | CERTIFICATE OF INCORPORATION | | 2 | 131004000162 |

Rows per page: 5 · 1-5 of 5

200918000529

NEW YORK STATE OF OPPORTUNITY. Division of Corporations, State Records and Uniform Commercial Code

New York State
Department of State
DIVISION OF CORPORATIONS,
STATE RECORDS AND
UNIFORM COMMERCIAL CODE
One Commerce Plaza
99 Washington Ave.
Albany, NY 12231-0001
www.dos.ny.gov

# CERTIFICATE OF AMENDMENT OF THE CERTIFICATE OF INCORPORATION OF

IMARKET GLOBAL INC.

*(Insert the Current Name of Domestic Corporation)*
*(Name change only)*

Under Section 805 of the Business Corporation Law

FIRST: The current name of the corporation is:
IMARKET GLOBAL INC.

If the name of the corporation has been previously changed, the name under which it was originally formed is:

________________________________________________________________

SECOND: The date of filing of the certificate of incorporation with the Department of State is:
OCTOBER 04, 2013

THIRD: The amendment effected by this certificate of amendment is as follows:

Paragraph FIRST of the Certificate of Incorporation relating to the name of the corporation is amended to read in its entirety as follows:

FIRST: The name of the corporation is:
IMG CORP.

FOURTH: The certificate of amendment was authorized by: *(Check the appropriate box)*

- [x] The vote of the board of directors followed by a vote of a majority of all outstanding shares entitled to vote thereon at a meeting of shareholders.
- [ ] The vote of the board of directors followed by the unanimous written consent of the holders of all outstanding shares.

X [signature]
*(Signature)*

EDWIN GRICHANIK
*(Name of Signer)*

PRESIDENT
*(Title of Signer)*

529

# CERTIFICATE OF AMENDMENT
# OF THE
# CERTIFICATE OF INCORPORATION
# OF

IMARKET GLOBAL INC.

*(Insert Current Name of Domestic Corporation)*

Under Section 805 of the Business Corporation Law

Filer's Name and Mailing Address:

ALLA GENINA

*Name:*

*Company, if Applicable:*

581 AVENUE Y

*Mailing Address:*

BROOKLYN, NY 11235

*City, State and Zip Code:*

2020 SEP 18 PM 3:53

FILED

**NOTES:**

1. This form was prepared by the New York State Department of State to amend paragraph FIRST of a certificate of incorporation to change the name of a domestic corporation. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores.
2. The name of the corporation and its date of incorporation provided on this certificate must exactly match the records of the Department of State. This information should be verified on the Department of State's website at www.dos.ny.gov.
3. The Department of State recommends that all documents be prepared under the guidance of an attorney.
4. **The certificate must be submitted with a $60 filing fee.**

*For Office Use Only*

STATE OF NEW YORK
DEPARTMENT OF STATE

FILED SEP 18 2020

TAX $

BY: TW

583

An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

## Entity Information

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** IMG CORP.
**DOS ID:** 4468439
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** 402 BCL - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 10/04/2013
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 10/04/2013
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** CURRENT
**COUNTY:** KINGS
**NEXT STATEMENT DUE DATE:** 10/31/2025
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:**

ENTITY DISPLAY

Service of Process on the Secretary of State as Agent

**The Post Office address to which the Secretary of State shall mail a copy of any process against the corporation served upon the Secretary of State by personal delivery:**

**Name:** THE CORPORATION

**Address:** C/O 103 CHESTER AVE , , BROOKLYN, NY, UNITED STATES, 11218

**Electronic Service of Process on the Secretary of State as agent: Not Permitted**

Chief Executive Officer's Name and Address

**Name:** EDWIN GRICHANIK

**Address:** 1129 NORTHERN BOULEVARD, SUITE 404, MANHASSET, NY, UNITED STATES, 11030

Principal Executive Office Address

**Address:** 1129 NORTHERN BOULEVARD, SUITE 404, MANHASSET, NY, UNITED STATES, 11030

Registered Agent Name and Address

**Name:**

**Address:**

Entity Primary Location Name and Address

**Name:**

**Address:**

Farmcorpflag

**Is The Entity A Farm Corporation:** NO

Stock Information

| Share Value | Number Of Shares | Value Per Share |
|---|---|---|
| NO PAR VALUE | 200 | $0.00000 |

AgenciesApp DirectoryCountiesEventsProgramsServices