# EXHIBIT B

An official website of New York State.
Here's how you know

# Department of State
## Division of Corporations

## Entity Search Results

**A total of 2 entities were found. If the entity name you are searching is not displayed please refine the search.**

Search

| Name | DOS ID # | Assumed Name ID # | Status | Entity Type | Date of First Filing | County |
|---|---|---|---|---|---|---|
| IMG CORP. | 4468439 | | Active | DOMESTIC BUSINESS CORPORATION | 10/04/2013 | Kings |
| IMG CORPORATIONS INC. | 6676254 | | Active | DOMESTIC BUSINESS CORPORATION | 12/27/2022 | Nassau |

Rows per page: 5 1-2 of 2

Return to Search

An official website of New York State.
Here's how you know

NEW YORK STATE

# Department of State
## Division of Corporations

## Entity Filing History

Return to Results | Return to Search

Entity Details

**ENTITY NAME:** IMG CORPORATIONS INC.
**DOS ID:** 6676254
**FOREIGN LEGAL NAME:**
**FICTITIOUS NAME:**
**ENTITY TYPE:** DOMESTIC BUSINESS CORPORATION
**DURATION DATE/LATEST DATE OF DISSOLUTION:**
**SECTIONOF LAW:** BUSINESS CORPORATION - 402 BUSINESS CORPORATION LAW - BUSINESS CORPORATION LAW
**ENTITY STATUS:** ACTIVE
**DATE OF INITIAL DOS FILING:** 12/27/2022
**REASON FOR STATUS:**
**EFFECTIVE DATE INITIAL FILING:** 12/27/2022
**INACTIVE DATE:**
**FOREIGN FORMATION DATE:**
**STATEMENT STATUS:** PAST DUE
**COUNTY:** NASSAU
**NEXT STATEMENT DUE DATE:** 12/31/2024
**JURISDICTION:** NEW YORK, UNITED STATES
**NFP CATEGORY:** NO-ANSWER

ENTITY DISPLAY | NAME HISTORY | FILING HISTORY | MERGER HISTORY | ASSUMED NAME HISTORY

Search

| File Date | Cert Code | Document Type | Description/Amended Information | Page Count | File Number |
|---|---|---|---|---|---|
| 07/21/2025 | 27 | CERTIFICATE OF CHANGE BY ENTITY | SERVICE OF PROCESS | 2 | 250721004028 |
| 12/27/2022 | 01 | CERTIFICATE OF INCORPORATION | | 2 | 221227001569 |

Rows per page: 5 1-2 of 2