**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3<br><br>Defendants. | : | CIVIL ACTION NO. 5:26-CV-03004 |

**[PROPSED] ORDER**

This matter having been brought before this Court by Defendants, Summit Energy, Inc., SFE Energy Inc., SFE Energy Canada, Inc. and SFE Energy Pennsylvania, Inc. (collectively, "Movants"), by and through their undersigned counsel, by way of a Motion to Dismiss all the claims asserted against Movants in the Complaint, on notice to all counsel of record, and the Court having considered the papers submitted, any opposing papers, and any arguments of counsel, and for good cause having been shown,

IT IS on this ________ day of ______________, 2026,

ORDERED that Plaintiff's claims against Movants in the Complaint are hereby dismissed.

______________________________
Honorable John M. Gallagher, U.S.D.J.