**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIDGET MCMULLAN,<br><br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP., SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3<br><br>Defendants. | CIVIL ACTION NO. 5:26-CV-03004 |

**<u>DEFENDANT SFE ENERGY INC.'S RULE 7.1 DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, SFE Energy Inc. ("SFE Energy"), submits the following disclosure statement:

1. SFE Energy is a Delaware corporation.

2. Summitt Energy Inc. is the parent corporation of SFE Energy.

3. There is no publicly held corporation that owns 10% or more of SFE Energy's stock.

STEVENS & LEE, P.C.

Dated: July 31, 2026

By: */s/ Theresa M. Zechman*

Theresa M. Zechman, Esquire
51 South Duke Street
Lancaster, PA 17602
Telephone: 717-399-6644
Fax: 610-236-4185
Email: theresa.zechman@stevenslee.com

Mallory C. McRae, Esquire
1500 Market Street
East Tower, Suite 1800
Philadelphia, PA 19102
Telephone: 215-751-1944
Fax: 610-371-7924
Email: mallory.mcrae@stevenslee.com

*Attorneys for Defendants, Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc.*

**CERTIFICATE OF SERVICE**

I, Mallory C. McRae, hereby certify that a true and correct copy of the within Rule 7.1 Disclosure Statement was filed electronically and was made available for viewing and downloading via the Court's CM/ECF system, and all counsel of record was served via the Court's CM/ECF system notification.

Dated: July 31, 2026

s/*Mallory C. McRae*
Mallory C. McRae