**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN, Plaintiff, | : | |
| v. | : | Civil No.: 5:26-cv-03004 |
| IMG CORPORATIONS, INC., et al., Defendants. | : | |

# ORDER

**AND NOW,** this 3rd day of August, 2026, upon consideration of Defendants' Motion for Leave to Exceed Page Limit (ECF No 9), **IT IS HEREBY ORDERED** that the Motion (ECF No. 9) is **GRANTED**.[1]

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] The Court notes that Defendant proceeded to file a 29-page memorandum *before* the Court ruled on the request to exceed the 20-page limit. While the Motion (ECF No. 9) is granted, Defendant is cautioned that it may not assume that a request will be granted, and should not file materials in excess of the page limits unless and until the Court has ruled on the request.