**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC., *et al*.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-03004-JMG |

# ORDER

**AND NOW**, this 12th day of August, 2026, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that the plaintiff has failed to make service on defendant, JEREMY BLAND, in this case within 90 days of the filing of the Complaint, **IT IS HEREBY ORDERED** that the plaintiff must make service by **August 20, 2026**.

This Order also serves as notice to the plaintiff, in accordance with Federal Rule of Civil Procedure 4(m), that if the plaintiff fails to file proof of service by **August 20, 2026**, without showing good cause for such failure, the court must dismiss without prejudice the case against any unserved defendant(s).

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge