**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br>2742 Welshtown Road<br>Slatington, PA 18080,<br><br>Plaintiff<br><br>v.<br><br>IMG CORPORATIONS, INC. aka<br>IMARKET GLOBAL INC. aka IMG CORP.<br>SUMMIT ENERGY, INC.; SFE ENERGY<br>INC.; SFE ENERGY CANADA INC.;<br>SFE ENERGY PENNSYLVANIA,<br>INC. aka SFE ENERGY;<br>JEREMY BLAND; JOHN DOE<br>CORPORATION #1, JOHN DOE<br>CORPORATION #2, JOHN DOE<br>CORPORATION #3,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br><br>CIVIL ACTION NO. 5:26-CV-03004<br><br>Jury Trial Demanded Pursuant to<br>F.R.Civ.P. No 38(b) |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO THE SFE DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Bridget McMullan ("Plaintiff"), by and through her undersigned counsel, hereby respectfully moves this Honorable Court for an Order extending the time within which Plaintiff must respond to the Motion to Dismiss filed by Defendants Summit Energy, Inc., SFE Energy, Inc., SFE Energy Canada, Inc., and SFE Energy Pennsylvania, Inc. (collectively, the "SFE Defendants") on July 31, 2026 (ECF No. 10), and in support thereof avers as follows:

1. Plaintiff commenced this civil action by filing a Complaint on May 4, 2026.

2. Service was perfected on the SFE Defendants on June 8, 2026, and counsel for the SFE Defendants entered an appearance on June 23, 2026 and requested an extension of time within which to respond to the Complaint, to which counsel for Plaintiff agreed.

3. The parties filed a Stipulation extending the SFE Defendants' time to respond to the Complaint, and the Court entered an Order granting the Stipulation and extending the SFE Defendants' deadline to respond to July 31, 2026.

4. On July 31, 2026, the SFE Defendants filed a Motion to Dismiss Plaintiff's Complaint (ECF No. 10), supported by a twenty-nine (29) page Memorandum of Law (ECF No. 10-1) raising eleven (11) separately briefed grounds for dismissal, including, inter alia: (a) that the Complaint constitutes an impermissible "shotgun pleading" under Fed. R. Civ. P. 8(a)(2); (b) failure to exhaust administrative remedies under Title VII and the PHRA as to three of the four SFE Defendants; (c) failure to plead facts sufficient to establish an employment relationship under the single employer, joint employer, and agency doctrines, together with a challenge to personal jurisdiction under Fed. R. Civ. P. 12(b)(2); (d) preemption of the negligence and intentional infliction of emotional distress claims under the Pennsylvania Workers' Compensation Act; (e) preemption of the retaliation/coercion and negligent training, supervision, and retention claims under the PHRA; (f) the unavailability of a corporate negligence cause of action outside the healthcare context; (g) failure to plead fraud and negligent misrepresentation with the particularity required by Fed. R. Civ. P. 9(b); (h) failure to state a claim for alter ego/veil-piercing liability; (i) the absence of supplemental jurisdiction under 28 U.S.C. § 1367 over the energy-contract and identity-theft claims; and (j) referral of the energy-contract and identity-theft claims to the Pennsylvania Public Utility Commission under the doctrine of primary jurisdiction.

5. The SFE Defendants' supporting Memorandum of Law is twenty-nine (29) pages in length, exceeding by four (4) pages the twenty-five (25) page limit for briefs set forth in Local Rule of Civil Procedure 7.1(c), and was filed with leave of Court to exceed that limit.

6. Pursuant to Local Rule of Civil Procedure 7.1(c), Plaintiff's response to the Motion to Dismiss is currently due within fourteen (14) days of service, or on or about August 14, 2026.

7. Given the length and complexity of the Motion and the accompanying twenty-nine (29) page Memorandum of Law, which invokes numerous distinct and technical doctrines—including administrative exhaustion, preemption under the Pennsylvania Workers' Compensation Act and the PHRA, corporate veil-piercing, the particularity requirements of Fed. R. Civ. P. 9(b), personal and supplemental jurisdiction, and primary jurisdiction referral to the Pennsylvania Public Utility Commission—as applied across four separate corporate Defendants and fourteen counts, Plaintiff requires additional time to adequately research and prepare a complete response.

8. This request is not made for purposes of delay, but solely to allow Plaintiff the time reasonably necessary to prepare a thorough and complete response to the arguments raised in the SFE Defendants' lengthy submission.

9. Undersigned counsel contacted counsel for the SFE Defendants to request their concurrence in the relief sought herein, but has received no response as of the filing of this Motion. Plaintiff is therefore unable to represent that this Motion is unopposed.

10. No party will be prejudiced by the granting of this Motion, and the requested extension will not affect any other deadline currently set by the Court.

Respectfully submitted

LEESON & LEESON

BY: *//s// Joseph F. Leeson, III*

JOSEPH F. LEESON, III, ESQUIRE
Attorney for Plaintiff
PA Bar Id. No. 328520
70 East Broad Street
Bethlehem, PA 18016
(610) 691-3320
jleeson@leeson-law.com

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br>2742 Welshtown Road<br>Slatington, PA 18080, | : | |
| Plaintiff | : | CIVIL ACTION NO. 2:26-CV-03004 |
| v. | : | Jury Trial Demanded Pursuant to F.R.Civ.P. No 38(b) |
| IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP. SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3, | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Joseph F. Leeson, III, Esquire, hereby certify that a true and correct copy of the foregoing Motion was filed electronically and made available for viewing and downloading via the Court's CM/ECF system, and that all counsel of record were served via the Court's CM/ECF system notification.

Date: August 14, 2026

BY: *//s// Joseph F. Leeson, III*
JOSEPH F. LEESON, III, ESQUIRE
Attorney for Plaintiff
PA Bar Id. No. 328520

70 East Broad Street
Bethlehem, PA 18016
(610) 691-3320
jleeson@leeson-law.com