**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br>2742 Welshtown Road<br>Slatington, PA 18080,<br><br>Plaintiff | : | CIVIL ACTION NO. 5:26-CV-03004 |
| v. | : | Jury Trial Demanded Pursuant to F.R.Civ.P. No 38(b) |
| IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP. SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3,<br><br>Defendants. | : | |

**ORDER**

AND NOW, this ____ day of ______________, 2026, upon consideration of Plaintiff's Motion for Extension of Time to Respond to the SFE Defendants' Motion to Dismiss, and any response thereto, it is hereby **ORDERED** that the Motion is GRANTED. Plaintiff shall respond to the SFE Defendants' Motion to Dismiss (ECF No. 10) on or before August 21, 2026.

BY THE COURT:

________________________________
HONORABLE JOHN M. GALLAGHER, U.S.D.J.