**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC., *et al*.,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-03004-JMG |

# ORDER

**AND NOW**, this 14th day of August, 2026, upon consideration of Plaintiff's Motion for Extension of Time to Respond to the SFE Defendants' Motion to Dismiss (ECF No. 17), **IT IS HEREBY ORDERED** that the Motion (ECF No. 17) is **GRANTED**.[1]

**IT IS FURTHER ORDERED** that Plaintiff shall respond to Defendants' Motion to Dismiss (ECF No. 10) on or before **August 21, 2026**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge

[1] The Court notes that, going forward, the parties are expected to provide more advance notice when seeking an extension of a deadline. Requests made on the day a deadline expires leave the Court with little opportunity to address them and should be avoided whenever practicable.