# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIDGET MCMULLAN,
2742 Welshtown Road
Slatington, PA 18080,

Plaintiff

v.

IMG CORPORATIONS, INC. aka IMARKET GLOBAL INC. aka IMG CORP.; SUMMIT ENERGY, INC.; SFE ENERGY INC.; SFE ENERGY CANADA INC.; SFE ENERGY PENNSYLVANIA, INC. aka SFE ENERGY; JEREMY BLAND; JOHN DOE CORPORATION #1, JOHN DOE CORPORATION #2, JOHN DOE CORPORATION #3,

Defendants.

CIVIL ACTION NO. 5:26-CV-03004

Jury Trial Demanded Pursuant to F.R.Civ.P. No 38(b)

## ORDER

AND NOW, this 19th day of August, 2026, upon consideration of Plaintiff's Motion for Alternative Service of Process on Defendant Jeremy Bland, and any response thereto, it is hereby ORDERED that the Motion is GRANTED(ECF No 19).

It is FURTHER ORDERED that Plaintiff may effectuate service of the Summons, Complaint, Exhibits, Civil Cover Sheet, and Designation Form upon Defendant Jeremy Bland by:

1. mailing true and correct copies of the aforementioned documents to 2527 Home Crest Dr, San Jose, California 95148, by both first-class mail and certified mail, return receipt requested; and

2. affixing a true and correct copy of the aforementioned documents to the front door of the residence located at 2527 Home Crest Dr, San Jose, California 95148.

It is FURTHER ORDERED that service on Defendant Jeremy Bland shall be deemed complete upon compliance with paragraphs 1 and 2 above, and Plaintiff shall file proof of such service with the Court.

BY THE COURT:

/s/ John M. Gallagher

JOHN M. GALLAGHER J.