**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRIDGET MCMULLAN,<br>Plaintiff,<br><br>v.<br><br>IMG CORPORATIONS, INC., *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:26-cv-03004-JMG |

**ORDER**

**AND NOW**, this 27th day of August, 2026, upon consideration of Plaintiff's Complaint (ECF No. 1), SFE Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 10) and Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 21), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the Motion (ECF No. 10) is **DENIED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge